UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                    -against-

JAYVAUGHN VALENTINE,

                                                    Defendant.

                    23 MAG 6442

                    **ORDER**

------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       Defendant submitted a letter on November 3, 2023 requesting that the Court reduce Defendant's cosigners from two to one, as counsel for Defendant has been unable to find a second financially responsible cosigner. Defense counsel represents that one cosigner has already been approved, that counsel has applied to the Young Adult Opportunity Program on Defendant's behalf, and that Defendant has complied with his bail conditions and reported to Pretrial as directed. The Government opposes Defendant's request.

       The Court directs the Government to submit a letter explaining the grounds for its opposition to Defendant's request and setting forth what, if any, modifications to Defendant's overall bail conditions it believes are warranted in light of Defendant's inability to provide a second co-signor, and why such modifications are warranted. *See United States v. Penaranda*, No. 00 Cr. 1251 (RWS), 2001 WL 125621, at *2 (S.D.N.Y. Feb. 13, 2001) (stating that "where a defendant cannot meet the financial conditions of his bail, then the court should consider whether that particular financial condition is a necessary part of the bail conditions to provide reasonable

assurance of the defendant's appearance," and modifying bail conditions in light of defendant's inability to offer co-signors who were financially responsible persons).

**SO ORDERED.**

DATED:   New York, New York
         November 3, 2023

_____
GARY STEIN
United States Magistrate Judge