USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

JAYVAUGN VALENTINE,

             Defendant.

------------------------------------------------------------X

23-MJ-06442 (UA)-1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the defendant and defense counsel is scheduled for Friday, December 8, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 13, 2023
                  New York, New York