USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

-against-

JAYVAUGN VALENTINE,

Defendant.

------------------------------------------------------------X

23-MJ-06442 (UA)-1

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge**:

A status conference with the defendant and defense counsel is scheduled for Tuesday, January 9, 2024, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 8, 2023
         New York, New York