UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

JAYVAUGN VALENTINE,

    Defendant.

------------------------------------------------------------X

23-MJ-06442 (UA)-1

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

A status conference with the defendant and defense counsel is scheduled for Friday, February 9, 2024, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 9, 2024
               New York, New York