UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAYVAUGN VALENTINE,<br><br>Defendant. | No. 23-MJ-6442 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

- A curfew enforced by electronic monitoring with hours to be set at the discretion of Pretrial Services.

- No contact with the victim of the November 21, 2024 incident.

- Refrain from entering Mill Brook Houses.

SO ORDERED.

Dated:   November 25, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge