UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAYVAUGN VALENTINE,<br><br>Defendant. | No. 23-MJ-6442 (RA)<br><br><u>AMENDED ORDER</u> |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

- The removal of electronic monitoring.

All other conditions shall remain in place including:

- A curfew with hours to be set at the discretion of Pretrial Services.
- No contact with the victim of the November 21, 2024 incident.
- Refrain from entering Mill Brook Houses.

SO ORDERED.

Dated:   May 29, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge