**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2025

**By ECF and Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Jayvaugn Valentine**
     **23 Mag. 6442 (RA)**

Dear Judge Abrams,

    I write to respectfully request that the Court adjourn the status conference scheduled for Friday, August 8, 2025, for approximately 45 days. Undersigned counsel has submitted a written request to the USAO's mitigation committee regarding a potential disposition. The requested adjournment will allow the USAO to review that application and for the parties to complete our plea negotiations. The Government, by Assistant United States Attorney Jerry Fang, has no objection to this request.

    Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act until any newly-selected date.

    In addition, in reviewing the docket sheet in anticipation of filing this letter, I realized that I neglected to file a letter as directed 30 days after our last conference, regarding Jayvaugn's employment status. I apologize for this oversight. I am pleased to report that Jayvaugn has been employed since June 6, 2025 at a deli located at 2275 Adam Clayton Powell Jr. Blvd., New York, New York, working five days a week, from 9am to 4pm.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527

---

Application granted. The status conference is adjourned to October 3, 2025 at 11:30 a.m. Time is excluded until October 3, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 6, 2025