

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 16, 2026

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    *United States v. Jayvaugn Valentine*, **23 Mag. 6442 (RA)**

Dear Judge Abrams:

The Government respectfully submits this joint status letter on behalf of the parties, as directed by the Court. (Dkt. 73). The parties respectfully request that the Court schedule a control date approximately 30 days from today's date. The parties have continued to make progress on a potential pretrial resolution of this case, and the requested adjournment would enable the parties to finalize their discussions regarding a plea. The Government also respectfully requests that the Court extend the time in which to file an information or indictment through the control date. *See* 18 U.S.C. § 3161(b) & (h)(7)(A). Out of an abundance of caution, the Government also respectfully requests that the Court extend the deadline for a preliminary hearing *nunc pro tunc* from April 3, 2024 through the requested control date.[1] *See* Fed. R. Crim. P. 5.1(d). The defendant consents to these requests.

Application granted. A control date is scheduled for February 17, 2026.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 20, 2026

Cc: Sylvie Levine, Esq. (by ECF)

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry Fang
Assistant United States Attorney
(212) 637-2584

---

[1] On April 3, 2024, the Honorable Sarah Netburn entered an order prospectively excluding time under the Speedy Trial Act to October 2, 2025, after the defendant was accepted into the Court's Young Adult Opportunity Program. (Dkt. 42). The time to file an information or indictment pursuant to 18 U.S.C. § 3161(b) was further extended on successive occasions through January 15, 2026. (Dkts. 71 & 73; Oral Order dated October 14, 2025)). In her April 3, 2024 Order, Judge Netburn also adjourned all other deadlines pending further order of the Court.