# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 19, 2026

**By ECF and Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

A change-of-plea conference is scheduled for April 1, 2026 at 4:00 p.m. Time is excluded until April 1, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 25, 2026

Re:    **United States v. Jayvaugn Valentine**
       **23 Mag. 6442 (RA)**

Dear Judge Abrams,

    I write to respectfully request that the Court schedule a change-of-plea conference in the above-captioned case. The parties have negotiated a disposition, pursuant to a plea agreement. The Government, by Assistant United States Attorney Jerry Fang, consents to this request. If the Court is available, we request the conference be scheduled for the afternoon of Monday, March 30, or any date thereafter that works for the Court.

    Thank you for your consideration. Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527